UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

FILED
DEC 3 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

No. 7:10-MJ-1191

UNITED STATES OF AMERICA )
)
v. ) SUPERSEDING CRIMINAL INFORMATION
)
STACY JEAN SMITH )

The United States Attorney charges that:

On or about August 5, 2010, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, STACY JEAN SMITH, did operate a motor vehicle upon a street, highway, or public vehicular area while under the influence of an impairing substance, and with an alcohol concentration of .08 or greater at a relevant time after driving, to wit: an alcohol concentration of .32, all in violation of North Carolina General Statute, Section 20-138.1, as assimilated by the provisions of Title 18, United States Code, Section 13.

GEORGE E.B. HOLDING
United States Attorney

By: _____
CHRIS L. CUE
Special Assistant U.S. Attorney
Criminal Division