FILED IN OPEN COURT
ON 4-14-2011 ✓

# United States District Court

Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA
V.
STACY JEAN SMITH

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE
IN A MISDEMEANOR CASE

CASE NUMBER: 7:10-M-1191

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

I HEREBY: **Waive (give up) my right to trial, judgment, and sentencing before a United States district. judge, and I consent to trial, judgment and sentencing before a United States magistrate judge.**

X _Stacy Smith_
Defendant

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

I HEREBY: **Waive (give up) my right to trial by jury.** _Stacy Smith_
Defendant

Consented to by United States _[signature]_
Signature

JAMES B. BLANTON, SAUSA
Name and Title

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

I HEREBY: **Waive (give up) my right to have at least thirty days to prepare for trial.**

X _____
Defendant

Defendant's Attorney (if any)

Approved By: _[signature]_
U.S. Magistrate Judge

Date 4/14/2011